IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CHARLES M. AUSTIN | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-722-TFM |
| | | (WO) |
| SHERIFF D.T. MARSHALL, *et al.*, | * | |
| Defendants. | * | |

_____

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the **ORDER, JUDGMENT, and DECREE** of the court that this action is DISMISSED without prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 3rd day of December 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE